In the Matter of JOAN C. SCHRADER, Respondent-Appellant, v. MORTON J. SCHRADER, Appellant-Respondent.—

Concur — Stevens, P. J., Eager, McGivern, Nunez and Steuer, JJ.